UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| HENRY JOHNSON WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:10-CV-103-FL |
| ) | |
| GEORGIA PACIFIC CORPORATION; ) | |
| REX HEIRS; and KELLY PALMER, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge recommending that this court dismiss plaintiff's *in forma pauperis* complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 29, 2010, and for the reasons set forth more specifically therein, that this action is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 30, 2010, and Copies To:**
Henry Johnson Williams (via U.S. Mail) 1642 Klondyke Road, Chadburn, NC 28431

December 30, 2010            DENNIS P. IAVARONE, CLERK
                              /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk